# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JAMES WILLIE WHITE ) | Case No: 04-cr-00339-EWN-01 |
| ) | USM No: 32797-013 |
| Date of Previous Judgment: February 16, 2005 ) | Janine Yunker, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   108 months   **is reduced to**   86 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 188 to 235 months as to Count I; 120 months as to Count II | Amended Guideline Range: | 151 to 188 months as to Count I; 120 months as to Count II |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant's sentence is reduced to eighty-six (86) months as to each of Counts I and II, concurrent.

Except as provided above, all provisions of the judgment dated   February 16, 2005   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   July 3, 2008                                                       s/ Edward W. Nottingham
                                                                                                   Judge's signature

Effective Date:                                                                  Edward W. Nottingham, Chief U.S. District Judge
(if different from order date)                                          Printed name and title